# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 17, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | )    Case No.   **24-MJ-00288-JAG** |
| **WILLIAM XHURAPE,** | ) |
| | ) |

## CRIMINAL COMPLAINT

I, Special Agent Lindsay McIntosh, state the following is true to the best of my knowledge and belief. On or about April 1, 2024 and April 10, 2024, in the Eastern District of Washington, the defendant violated 18 U.S.C. §922(g)(1), 924(a)(8) (Felon in Possession of Ammunition).

This complaint is based on these facts:

☑ Continued on the attached sheet.

_Lindsay McIntosh_
_____
*Complainant's signature*

**Special Agent Lindsay McIntosh, FBI**
_____
*Printed name and title*

Sworn to before me and signed in my presence.
x Sworn to telephonically and signed electronically.

Date: May 17, 2024

_____
*Judge's signature*

**James A. Goeke, United States Magistrate**
_____
*Printed name and title*

City and state:    Spokane, Washington

P40306jm.SLA