FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2024

SEAN F. McAVOY, CLERK

*AUSA Assigned: MJE*

*County of Investigation: Okanogan*

*In Re: Affidavit for Criminal Complaint charging William Xhurape with Felon in Possession of Ammunition*

## AFFIDAVIT

STATE OF WASHINGTON      )
                                          ) ss
County of Spokane              )

## INTRODUCTION AND AGENT BACKGROUND

1.      I, Lindsay McIntosh, Special Agent, being first duly sworn on oath, depose and state the following:

2.      Your affiant is a Special Agent (SA) for the Federal Bureau of Investigation (FBI). This affidavit is in support of a Criminal Complaint charging William XHURAPE with Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

3.      Your affiant has been employed with the Federal Bureau of Investigation (FBI) since December of 2021. Your affiant is currently assigned to the FBI's Spokane Resident Agency. Your affiant is currently assigned to investigating violent crimes in Indian Country on the Colville, Spokane, and Kalispel Indian Reservations. As an FBI Special Agent, your affiant has received extensive training in a variety of investigative and legal matters of violations of federal and state law. Your affiant has participated in numerous investigations.

4.      Prior to your affiant's employment with the FBI, your affiant was a certified law enforcement officer in the state of New Mexico from 2015-2021.

During this time, your affiant was assigned to investigate various crimes including but not exclusive to violent crimes.

5.    Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code.

6.    This affidavit does not contain all of the information known to your affiant or to law enforcement regarding this investigation, but rather contains only those facts believed to be necessary to support the criminal complaint. Your affiant has personally participated in this investigation and the following information is derived from my personal observations, review of official documents, and information provided by other sworn law enforcement officers.

### INVESTIGATION AND PROBABLE CAUSE

7.    As set forth herein, you affiant submits there is probable cause to believe that William XHURAPE (hereafter "XHURAPE"), violated 18 U.S.C. §§ 922(g)(1), 924(a)(8) (Felon in Possession of Ammunition).

### STATEMENT OF PROBABLE CAUSE

8.    Your Affiant has reviewed reports authored by officers with the Colville Tribal Police Department as well as conducted an interview with Victim on May 8, 2024. As relevant to this Affidavit, Victim reported that she had driven to Spokane with her boyfriend and, on April 1, 2024, called her sister for a ride back to the Colville Reservation. Victim's sister and XHURAPE – Victim's ex-boyfriend – arrived in a white Dodge 1500 which Victim knew to be a vehicle associated with XHURAPE.

9.    Victim ultimately did not ride back to the Colville Reservation with her sister and XHURAPE and instead rode back with her boyfriend. When back in the

Omak area, Victim's sister and XHURAPE approached Victim while Victim was walking with her boyfriend and again at a trailer Victim was staying in; XHURAPE was driving the white Dodge 1500. An argument and altercation followed, during which XHURAPE exited the white Dodge 1500 and fired a handgun six times into the ground outside the trailer Victim was inside. Later during the same altercation, XHURAPE reached through the broken trailer door and pointed the handgun at Victim's head; Victim moved her head when she saw XHURAPE move his finger toward the trigger and XHURAPE fired two additional rounds.

10.    Victim called 911 to report the incident on April 2, 2024; Officer James Murray with the Colville Tribal Police Department responded to Victim's 911 call and observed six casings on the ground outside the trailer that Officer Murray believed, based on his training and experience, to be .22 caliber casings.

11.    Officer Murray further advised that in February of 2024 the Omak Police Department conducted a traffic stop on a white dodge truck with a license plate bearing Montana CKP778. The driver of the vehicle was identified as William XHURAPE.

12.    On April 10, 2024, Officer Murray located this same vehicle in front of a residence in Omak, Washington. The vehicle appeared to have been spraypainted black. The same license plate bearing Montana CKP778 was on the rear bumper of the vehicle. The front bumper of the vehicle had an Oklahoma license plate bearing AIP944. An Omak Police Department officer also confirmed that this was the same vehicle XHURAPE was driving the day the traffic stop was conducted in February of 2024. The vehicle was fully identified as a Dodge Ram 1500, Montana License: CKP778, VIN:  1C6RD7NT6CS274228 (hereinafter the "Dodge Ram"). This vehicle – a (until spray-painted black) white Dodge 1500 – matched the description provided by Victim as the vehicle XHURAPE was driving the day of the incident.

13.     Officer Murray later reported to your Affiant that Officer Murray could observe what appeared to Officer Murray to be 9-milimeter and .22 caliber ammunition as well as what appeared to be two empty pistol holsters in plain view inside the Dodge Ram.

14.     On April 18, 2024, a search warrant was authorized to search the Dodge Ram.

15.     On April 19, 2024, the FBI Evidence Response Team executed a search warrant on the Dodge Ram. During the search of the Dodge Ram a photograph of XHURAPE was observed on the interior of the vehicle on the driver's side between the windshield and the driver's side front door. Among other ammunition, three rounds of suspected ammunition were recovered from the front driver's seat floorboard. Two pistol holsters were also recovered within the vehicle.

16.     On May 16, 2024, your Affiant sent photographs of two of the rounds recovered on the front driver's seat floorboard to an agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). An interstate nexus expert with the ATF opined that the two depicted rounds were .22 caliber ammunition that, based on the headstamps and the expert's training and experience, had been manufactured outside the State of Washington. The two rounds of .22 caliber ammunition accordingly moved in interstate and/or foreign commerce to reach the interior of the Dodge Ram.

17.     Your Affiant has reviewed XHURAPE's criminal history; XHURAPE has been convicted of multiple offenses that resulted in sentences in excess of 12 months imprisonment. Your Affiant accordingly believes that probable cause exists to believe both that (1) XHURAPE has been previously convicted of an offense punishable by more than 12 months imprisonment and (2) XHURAPE knew of his prior convictions prior to April 1, 2024.

## CONCLUSION

18.    As detailed above, probable cause exists to believe that XHURAPE is associated with and has been driving the Dodge Ram in 2024. XHURAPE was the driver of the Dodge Ram during the Omak, Washington traffic stop in February 2024, Victim alleged that XHURAPE was driving the Dodge Ram during the altercation described above on April 1, 2024, and XHURAPE's photograph was found inside the Dodge Ram in an area above the driver's seat. Two .22 caliber rounds of ammunition were recovered from the front driver's side floorboard of the Dodge Ram; .22 caliber ammunition, as described by Officer Murray, matches the casings recovered from where Victim described the altercation with XHURAPE. Empty pistol holsters were also recovered from within the Dodge Ram, further supporting Victim's statement that XHURAPE was carrying a handgun when exiting the Dodge Ram during the altercation. Probable cause accordingly exists to believe that XHURAPE possessed the two rounds of .22 caliber ammunition described above.

19.    Per the ATF interstate nexus expert, the two rounds of .22 caliber ammunition traveled through interstate and/or foreign commerce. Further, XHURAPE is prohibited from possessing firearms and ammunition as a result of his prior criminal convictions.

20.    Based upon the information above and my knowledge and experience, there is accordingly probable cause to believe WILLIAM XHURAPE violated 18 U.S.C. §§ 922(g)(1), 924(a)(8) (Felon in Possession of Ammunition).

*Lindsay McIntosh*
Lindsay McIntosh, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to telephonically and signed electronically before me this 17th day of May, 2024.

James A. Goeke
United States Magistrate Judge